**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00671-CV

_____

**STEVEN BAILEYS, Appellant**

**V.**

**ENSOURCE CORPORATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1061661-101**

---

### MEMORANDUM OPINION

Appellant, Steven Baileys, has failed to timely file his appellate brief. *See*

TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After being notified by the Clerk of this

Court on October 27, 2016, that this appeal was subject to dismissal for appellant's

failure to timely file his appellate brief within ten days of the date of that notice, appellant did not timely respond. *See id.* 38.8(a)(1), 42.3(c).

Accordingly, we dismiss this appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.